# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENVILLE

| | |
|---|---|
| **MARTY B. PACK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 2:24-cv-00102-DCLC-CRW |
| | ) |
| **COCKE COUNTY, TENNESSEE, et al,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR DEFAULT JUDGMENT AGAINST WILL BROYLES

**NOW COMES** the Plaintiff, Marty B. Pack ("Plaintiff"), pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, and moves the Court for entry of a default judgment against the Defendant, Will Broyles, individually. A summons was issued for Defendant Broyles on September 9, 2024.

For grounds, Plaintiff would show as follows:

1. The Complaint in this cause was filed on June 8, 2024. [Doc. 1].

2. On September 13, 2024, a Summons was successfully served upon Defendant Broyles. Proof of Service was returned and filed with the Court on September 18, 2024. [Doc. 2]. The Summons provided that Defendant Broyles had twenty-one (21) days from September 13, 2024, to "serve on the plaintiff an answer to the attached complaint or a motion under Rule 12." [Doc. 2].

3. The twenty-first day from September 13, 2024, fell on Friday, October 4, 2024. Under Federal Rule of Civil Procedure 6, Defendant was required to answer or otherwise respond by Friday, October 4, 2024.

4. As of this date, no answer or Rule 12 motion has been filed.

5. Since Defendant Broyles was served, Plaintiff's counsel has not been contacted by Defendant Broyles or anyone purporting to act on his behalf.

6. Accordingly, more than twenty-one (21) days have expired since Defendant Broyles' Summons was served, and Defendant Broyles has failed to answer or otherwise respond to the Complaint. Thus, Defendant Broyles is in default.

In support of this motion, Plaintiff relies upon the record in this case. Respectfully submitted, this 25th day of November, 2024.

*/s/ Lance K. Baker*
Lance K. Baker
Tenn. Bar #: 032945
**THE BAKER LAW FIRM**
First Horizon Plaza
800 S. Gay Street, Suite 1950
Knoxville, TN 37929
Tel: (865) 200-4117
Fax: (865) 437-3370
lance@lbakerlawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Lance K. Baker, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 25th day of November, 2024.

*/s/ Lance K. Baker*
Lance K. Baker