# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENVILLE

| | |
|---|---|
| MARTY B. PACK, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:24-cv-00102-DCLC-CRW |
| COCKE COUNTY, TENNESSEE, et al, | ) |
| Defendants. | ) |

## MOTION FOR DEFAULT JUDGMENT AGAINST WILL BROYLES

Comes now the Plaintiff, Marty B. Pack, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, and requests the Court to enter a judgment by default against the Defendant, Will Broyles. In support, Plaintiff relies upon the record in this case and the affidavit submitted herewith.

Respectfully submitted, this 20th day of December, 2024.

*/s/ Lance K. Baker*
Lance K. Baker
TN. Bar #: 032945
THE BAKER LAW FIRM
First Horizon Plaza
800 S. Gay Street, Suite 1950
Knoxville, TN 37929
Tel: (865) 200-4117
Fax: (865) 437-3370
lance@lbakerlawfirm.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Lance K. Baker, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 20th day of December, 2024.

*/s/ Lance K. Baker*
Lance K. Baker
